Filing # 184901867 E-Filed 10/27/2023 11:32:24 AM

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN
AND FOR COLLIER COUNTY,
FLORIDA.

CASE NO.

1926 GRAND AVE, LLC

    Plaintiff,

v.

RENAISSANCERE SPECIALTY U.S.
LTD,

    Defendant.
_____/

## COMPLAINT

Plaintiff, **1926 GRAND AVE, LLC**, by and through undersigned counsel, hereby sues Defendant, **RENAISSANCERE SPECIALTY U.S. LTD,** and in support thereof alleges as follows:

1. This is an action for an amount in excess of $50,000.00, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, Plaintiff was and is a resident of Collier County, Florida and *sui juris*.

3. At all times material hereto, Defendant was and is an insurance company authorized to and did write homeowners insurance policies within the State of Florida, and specifically within Collier County, Florida.

4. At all times material hereto, Plaintiff was and is the owner of the property located at 8793 Tamiami Trail Naples, FL 34113, Collier County.

FILED: COLLIER COUNTY, CRYSTAL K. KINZEL, CLERK, 10/27/2023 11:32:24 AM

5. At all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiff, specifically, policy number SCF1005759. Said policy is incorporated herein in its entirety pursuant to Fla. R. Civ. P. 1.130; further, Defendant has a copy of said policy in its possession.

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiff's property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

8. On or about September 28, 2022, Plaintiff's property was damaged directly and/or indirectly due to Hurricane Ian.

9. As a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures, along with additional living expenses incurred.

10. Plaintiff gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiff's expenses and losses as a result of the loss.

11. Defendant assigned claim number 5500419326 to identify the loss.

12. Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiff's damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with Defendant.

13. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

14. Defendant's conduct has caused Plaintiff to retain the services of the undersigned counsel to prosecute this action, and Plaintiff is entitled to attorney fees and costs pursuant to Florida law, and specifically pursuant to Section 627.428, Section 627.70152, and/or Section 626.9373, Florida Statutes.

**WHEREFORE**, based on the foregoing, Plaintiff, **1926 GRAND AVE, LLC**, demands judgment against Defendant, **RENAISSANCERE SPECIALTY U.S. LTD,** for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this 27 day of October 2023.

> **MORGAN LAW GROUP, P.A.**
> 55 Merrick Way, Suite 404
> Coral Gables, Florida 33134
> Phone: (305) 569-9900
> Fax: (305)443-6828
> e-Service: mlg.eservice@morganlawgroup.net
>
> **By:   /s/Karina Miralda**
> Karina Miralda, Esq.
> Florida Bar No.:  1003353
> kmiraldapleadings@morganlawgroup.net

## NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

The undersigned, in accordance with Florida Rule of Judicial Administration 2.516, hereby designates the following as their e-mail addresses:

Primary: kmiraldapleadings@morganlawgroup.net

Secondary: mlg.eservice@morganlawgroup.net

/s/ Karina Miralda
Karina Miralda, Esq.
Florida Bar No.: 1003353

/jd